IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DR. LINDA A. RODRIGUE,**

**Plaintiff,**

vs.

**OLIN EMPLOYEES CREDIT UNION,**

**Defendant.**                                                          **No. 00-CV-00869-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

On April 19, 2005, the Seventh Circuit vacated the Court's judgment and remanded this case so that the Court may modify its judgment to include only those checks cashed within three years of Plaintiff's suit (Doc. 138).  In accord with the Seventh Circuit's mandate, the Court **DIRECTS** the parties to reach an agreement and to file a stipulation for settlement with the Court indicating the amount of judgment for Plaintiff.  If the parties fail to reach an agreement, the Court **DIRECTS** the parties to file the relevant documentation with the Court by <u>**June 13, 2005**</u> so that the Court may compute the amount owed to Plaintiff and modify its judgment accordingly.

**IT IS SO ORDERED.**

Signed this 17th day of May, 2005.

/s/   David RHerndon
**United States District Judge**