# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DR. LINDA A. RODRIGUE,**

    **Plaintiff,**

  **-vs-**                                  **CIVIL ACTION NO. 00-869 DRH**

**OLIN EMPLOYEES CREDIT UNION,**

    **Defendant.**

## MODIFIED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a remand from the Seventh Circuit.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff **DR. LINDA A. RODRIGUE** and against Defendant **OLIN EMPLOYEES CREDIT UNION** in the sum of $129,182.56, plus postjudgment interest from the date of the original judgment on April 28, 2003 at the statutory interest rate as defined in **28 U.S.C. § 1961**.----------------------------------------

                                             **NORBERT G. JAWORSKI, CLERK**

July 5, 2005                       BY: /s/ Patricia Brown
                                              Deputy Clerk

APPROVED: /s/   David R Herndon     EOD:  7/5/2005
          **U.S. DISTRICT JUDGE**